IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVON LEE ELLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-2518-S |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on February 12, 2010, recommending that petitioner's motion to dismiss this action without prejudice be granted. The parties were allowed fifteen days in which to file objections to the magistrate judge's findings and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petitioner's motion to dismiss without prejudice is due to be GRANTED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 4th day of March 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE